*E-Filed 8/12/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIIKO SMITH, | No. C 13-3315 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| R.J. GROUNDS, Warden, | |
| Respondent. | |

This federal habeas action, in which petitioner challenges convictions he suffered in the Riverside County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: August 12, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-3315 RS (PR)
ORDER OF TRANSFER